UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-61148-CIV-DAMIAN

TAMARA FERRIOL GOMEZ,

      Petitioner,

v.

WARDEN of the BROWARD TRANSITIONAL
CENTER, acting in his official capacity; GARRETT
J. RIPA, Field Office Director of the Miami Immigration
and Customs Enforcement Office, acting in his
official capacity; TODD LYONS, Acting Director
of United States Immigration and Customs
Enforcement, acting in his official capacity;
MARKWAYNE MULLIN, Secretary of the United
States Department of Homeland Security, acting in
his official capacity; TODD BLANCHE, Acting
Attorney General of the United States, acting in his
official capacity; U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT; EXECUTIVE OFFICE OF
IMMIGRATION REVIEW; and DEPARTMENT
OF HOMELAND SECURITY,

      Respondents.

_____/

## ORDER GRANTING PETITION

**THIS CAUSE** is before the Court on Petitioner, Tamara Ferriol Gomez's ("Petitioner"), Petition for a Writ of Habeas Corpus ("Petition") [ECF No. 1], filed on April 19, 2026, and Motion for Expedited Consideration ("Motion") [ECF No. 7], filed on May 14, 2026.

THE COURT has reviewed the Petition, the Response, the Motion and the record in this case and is otherwise fully advised. Petitioner asserts a due process challenge to her arrest and detention by immigration officials alleging, in relevant part, that her continued custody is unlawful, arbitrary, and contrary to the United States Constitution. Petitioner

requests release from immigration detention and that Respondents afford her a bond hearing. *See generally* Pet. In the Response, Respondents state that in light of the Eleventh Circuit's recent decision in *Alvarez v. Warden*, No. 25-14065, __ F.4th __ (11th Cir. May 6, 2026), they do not oppose Petitioner's request for a bond hearing. *See* Resp.

Thus, this Court finds that Petitioner is entitled to an individualized bond hearing as a detainee under Section 1226(a). Accordingly, it is

**ORDERED AND ADJUDGED** that the Petition [**ECF No. 1**] is GRANTED IN PART to the extent that Petitioner requests this Court to direct the Immigration Court to give her a bond hearing. Respondents shall **FORTHWITH** afford Petitioner an individualized bond hearing consistent with 8 U.S.C. § 1226(a) or otherwise release Petitioner. The bond hearing must take place no later than **June 5, 2026**. It is further

**ORDERED** that and the Motion for Expedited Consideration **[ECF No. 7]** is **GRANTED**.

The Clerk of Court is **DIRECTED** to **CLOSE** this case for Administrative and Statistical purposes.

This Court retains jurisdiction to address matters that may arise with respect to the Petition, and either party may file a motion to reopen the case should additional relief be sought relating to the Petition or this Order.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 26th day of May, 2026.

_____

**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

2